**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

**METRO LEGAL SERVICES**

Ken Piechocki, being duly sworn, on oath says:

that on March 31, 2014, at 10:05 AM he served the attached:

Summons & Complaint upon:

Xerox Business Services, LLC dba Affiliated Computer Services, Inc., therein named, personally at:

380 Jackson Street, Suite 700, St. Paul, County of Ramsey, State of Minnesota, by handing to and leaving with Christina Olund, Agent for Corporation Service Company, authorized to accept service, the Registered Agent for Xerox Business Services, LLC dba Affiliated Computer Services, Inc., a true and correct copy thereof.

_____
Ken Piechocki

Subscribed and sworn to before me on

___3/31___, 2014

DAVE L. HOLPER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015


*1867619-3*

RE: 1405

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Stephanie R. Nelson,

                              *Plaintiff,*

v.                                           Case No. 0:14–cv–00847–RHK–JSM

Experian Information Solutions, Inc., et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Xerox Business Services, LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        John H Goolsby
        2701 University Ave SE Ste 209
        Mpls, MN
        55414

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT     By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:   March 27, 2014